422 A.2d 691

Commonwealth v. Hicks, Appellant.

Submitted December 8, 1978.   David Rudovsky, for appellant;   Robert B. Lawler, Assistant District Attorney, Chief, Appeals Division, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

422 A.2d 691

Commonwealth v. Kane, Appellant.

Submitted March 23, 1979. Stephen Cohen, for appellant;   Thomas E. Boop, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.